UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

**Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*McCain, et al. v. Davol, Inc., et al.*
Case No. 2:20-cv-1991

## ORDER

This matter is before the Court on Plaintiffs' unopposed Amended Motion to Substitute Party. (ECF No. 9.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff Roger McCain's death, his wife, Plaintiff Bonnie McCain, has been appointed as Special Representative of Roger McCain's estate. (ECF No. 9-2.) Plaintiffs now move for the substitution of Bonnie McCain, as Special Representative of the Estate of Roger McCain, as the proper plaintiff. Plaintiffs' unopposed motion (ECF No. 9) is **GRANTED**. The Clerk is directed to substitute Bonnie McCain, as Special Representative of the Estate of Roger McCain, as Plaintiff in place of Roger McCain.

**IT IS SO ORDERED.**

**2/24/2023**                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                      **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**